# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| McLean-Sheridan Rural Water District, | ) | |
| | ) | **ORDER FOR STATUS** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Merryman Excavation, Inc. and Fidelity & Deposit Company of Maryland, | ) ) | |
| | ) | Case No. 1:20-cv-004 |
| Defendants. | ) | |

A status conference will be held before the magistrate judge on September 15, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 16th day of March, 2020.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court