# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| McLean-Sheridan Rural Water District, ) | |
| ) | **ORDER FOR STATUS** |
| Plaintiff, ) | **CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| Merryman Excavation, Inc. and Fidelity & ) | |
| Deposit Company of Maryland, ) | |
| ) | Case No. 1:20-cv-004 |
| Defendants. ) | |

A status conference will be held before the magistrate judge on December 10, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 15th day of September, 2020

                                                   */s/ Clare R. Hochhalter*
                                                   Clare R. Hochhalter, Magistrate Judge
                                                   United States District Court